UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**JENNIFER CICCONE**, individually
and on behalf of all others similarly
situated,

    Plaintiffs,                                    CASE NO.: 0:20-cv-61127-RS

v.

**PREFERRED APARTMENT
COMMUNITIES, INC.,**

    Defendant.
_____/

## AGREED MOTION FOR EXTENSION OF TIME FOR
## DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT

      COMES NOW Plaintiff, by and through her undersigned counsel, and hereby moves the Court to extend the time for Defendant to file its response to the Complaint. In support thereof, the Plaintiff states as follows:

    1.    Plaintiff filed her complaint on June 16, 2020 (Doc. 1).

    2.    Defendant's answer is due July 7, 2020.

    3.    Defendant's General Counsel is requesting additional time to investigate the claims and to obtain local counsel.

    4.    Plaintiff's counsel is agreeable to a 21-day extension of time for Defendant to respond to the Complaint.

    5.    This request is made with the consent of Defendant in compliance with Local Rule 7.1(a)(3).

**WHEREFORE**, Plaintiff respectfully requests that the time within which the Defendant may respond to the Complaint be extended up to and including July 28, 2020.

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2020, a true and correct copy of the foregoing has been filed via the Court's CM/ECF system to all parties of record with a courtesy copy to Kate McDonald Sergeant, General Counsel for Defendant via email.

Respectfully submitted,

*/s/ Heather H. Jones*
Heather H. Jones, Esq.
Florida Bar No. 0118974
William "Billy" Peerce Howard, Esq.
Florida Bar No. 0103330
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Telephone: (813) 500-1500, ext. 205
Facsimile: (813) 435-2369
Heather@TheConsumerProtectionFirm.com
Billy@TheConsumerProtectionFirm.com
*Attorney for Plaintiff*