**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-61127-CIV-SMITH**

JENNIFER CICCONE,

     Plaintiff,

v.

PREFERRED APARTMENT
COMMUNITIES, INC.,

     Defendant.

_____/

## ORDER OF FINAL DISMISSAL WITHOUT DISMISSAL

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice [DE 10].  Accordingly, it is

**ORDERED that:**

1. This Matter is **DISMISSED without prejudice**.

2. All pending motions not otherwise ruled upon are **DENIED** as moot.

3. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 6th day of August, 2020.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:    All counsel of record